■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT M. DAVIES, Appellant.—Judgment unanimously affirmed for reasons stated at Cayuga County Court, Corning, J. (Appeal from judgment of Cayuga County Court, Corning, J.— criminal possession of controlled substance, second degree.) Present—Callahan, J. P., Boomer, Pine, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERAND HUBBARD, Appellant.—Judgment unanimously affirmed. Memorandum: The court's verdict finding defendant guilty of reckless endangerment in the first degree and criminal possession of a weapon in the third degree was not contrary to the weight of the credible evidence *(see, People v Bleakley,* 69 NY2d 490). (Appeal from judgment of Monroe County Court, Maloy, J.—reckless endangerment, first degree, and another charge.) Present—Callahan, J. P., Boomer, Pine, Lawton and Davis, JJ.

■ EDWIN F. RYDEN et al., Respondents, v ST. LAWRENCE ROMAN CATHOLIC CHURCH et al., Appellants. (Appeal No. 1.)— Appeal unanimously dismissed without costs as academic *(see, Sujecki v O'Briskie,* 59 AD2d 778; *Tetrad Co. v Rosch,* 15 AD2d 928). (Appeal from order of Supreme Court, Erie County, Flaherty, J.—summary judgment.) Present—Callahan, J. P., Boomer, Pine, Lawton and Davis, JJ.